UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BROOKE RENEE PRATER,

          Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.
_____/

CASE NUMBER: 20-10543
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE ALTMAN

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 30, 2021, Magistrate Judge Altman issued a Report and Recommendation [Doc. 16], recommending that Defendant's Motion for Summary Judgement be [Doc. 14] be **GRANTED** and Plaintiff's Motion for Summary Judgment [Doc. 13] **DENIED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED**. Judgment will enter in favor of Defendant.

**IT IS ORDERED**.

                                        s/ Victoria A. Roberts
                                        Victoria A. Roberts
                                        United States District Judge

Dated: March 1, 2021